IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TAJAHNE WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION |
| | ) | NO: 1:21-cv-00275-LMM-AJB |
| 198 CALLAWAY RD, LLC d/b/a | ) | |
| CIRCLE K; GAS EXPRESS, LLC | ) | |
| d/b/a CIRCLE K, and KYLE LEE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY PROCEEDINGS

COME NOW Plaintiff Tajahne Wilson and Defendants 198 Callaway Rd, LLC and Gas Express, LLC (the "Parties"), by and through the undersigned counsel, and hereby notify the Court that the parties have reached a settlement in principle and respectfully ask this Court to enter an order staying these proceedings for thirty (30) days to allow the parties sufficient time to consummate the settlement and dismiss this action.

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I certify this pleading complies with the font and point selections approved by the court in LR 5.1C.

CONSENTED TO this 8th day of July, 2021.

| | |
|---|---|
| s/ Justin M. Scott | s/ Meredith Riggs Guerrero |
| (*signed by Meredith Riggs Guerrero with express permission*) | Elissa B. Haynes |
| Justin M. Scott | Georgia Bar No. 804466 |
| Georgia Bar No. 557463 | HaynesE@deflaw.com |
| jscott@scottemploymentlaw.com | Meredith Riggs Guerrero |
| Michael D. Forrest | Georgia Bar No. 214274 |
| Georgia Bar No. 974300 | GuerreroM@deflaw.com |
| mforrest@scottemploymentlaw.com | DREW ECKL & FARNHAM, LLP |
| SCOTT EMPLOYMENT LAW, P.C. | 303 Peachtree Street, NE |
| 160 Clairemont Avenue, Suite 610 | Suite 3500 |
| Decatur, Georgia 30030 | Atlanta, Georgia 30308 |
| Telephone: 678-780-4880 | Telephone: 404-885-1400 |
| Facsimile: 478-575-2590 | Facsimile: 404-876-0992 |
| **Counsel for Plaintiff** | ***Counsel for Defendants 198 Callaway Rd, LLC and Gas Express, LLC*** |

11715924/1
23174-205430