IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAJAHNE WILSON, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> 198 CALLAWAY RD, LLC d/b/a ) <br> CIRCLE K; GAS EXPRESS, LLC ) <br> d/b/a CIRCLE K, and KYLE LEE, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br> NO: 1:21-cv-00275-LMM-AJB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all Parties who have appeared, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal of this action with prejudice. The Parties shall each bear their own attorneys' fees and costs.

Respectfully submitted, this 22nd day of July 2021.

| | |
|---|---|
| */s/ Justin M. Scott* <br> Justin M. Scott <br> Georgia Bar No. 557463 <br> Michael D. Forrest <br> Georgia Bar No. 974300 <br> Scott Employment Law, P.C. <br> 160 Clairemont Avenue, Suite 610 <br> Decatur, GA 30030 <br> Telephone: 678.780.4880 <br> Facsimile: 478.575.2590 | */s/ Meredith Riggs Guerrero* <br> Meredith Riggs Guerrero <br> GA Bar No. 214274 <br> DREW ECKL & FARNHAM, LLP <br> 303 Peachtree Street, NE – Suite 3500 <br> Atlanta, Georgia 30308 <br> Telephone: 404-885-1400 <br> Facsimile: 404-876-0992 <br> GuerreroM@deflaw.com |

1

jscott@scottemploymentlaw.com
mforrest@scottemploymentlaw.com

Counsel for Plaintiff

Counsel for Defendants 198 Callaway Rd, LLC d/b/a Circle K and Gas Express, LLC d/b/a Circle K

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAJAHNE WILSON, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>198 CALLAWAY RD, LLC d/b/a )<br>CIRCLE K; GAS EXPRESS, LLC )<br>d/b/a CIRCLE K, and KYLE LEE, )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO: 1:21-cv-00275-LMM-AJB |

## CERTIFICATE OF SERVICE

I further certify that on July 22, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record for Defendants 198 Callaway Rd, LLC d/b/a Circle K and Gas Express, LLC d/b/a Circle K.

Respectfully submitted, this 22nd day of July 2021.

/s/ Justin M. Scott
Justin M. Scott
Justin M. Scott
Georgia Bar No. 557463
Michael D. Forrest
Georgia Bar No. 974300
SCOTT EMPLOYMENT LAW, P.C.

        160 Clairemont Avenue, Suite 610
        Decatur, Georgia 30030
        Telephone: 678.780.4880
        Facsimile: 478.575.2590
        jscott@scottemploymentlaw.com
        mforrest@scottemploymentlaw.com

        Counsel for Plaintiff